JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL LOVE,<br><br>    Plaintiff,<br>v.<br><br>DOMENICKRAGO;<br>HOUSE OF QUALITY, INC., a California Corporation; and Does 1-10,<br><br>    Defendants. | Case: EDCV 15-778-GW(JCx)<br><br>**ORDER** |

## ORDER

This action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: November 20, 2015

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE

1

Joint Stipulation for Dismissal      Case: 5:15-CV-00778-GW-JC